UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY GOMES, | CASE NO. C17-0864JLR |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

On June 19, 2017, the court ordered Plaintiff Gregory Gomes, who is proceeding *pro se* and *in forma pauperis*, to show cause why the court should not dismiss his complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). (*See* 6/19/17 Order (Dkt. # 5) at 1-3.) The court indicated to Mr. Gomes that his untimely EEOC charge appeared to foreclose his claim. (*Id.* at 1-3; *see* EEOC Charge (Dkt. # 4-1) at 1.) Mr. Gomes did not respond to the court's order. (*See* Dkt.) He did, however, file a praecipe asking the court to issue summons. (Pr. (Dkt. # 6).) That praecipe attaches the same complaint that Mr.

//

Gomes initially filed and the court addressed in its order to show cause. (*Compare id.* at 2-4, 10, *with* Compl. (Dkt. # 4) at 1-3, *and* EEOC Charge (Dkt. # 4-1) at 1.)

The court's order to show cause cautioned Mr. Gomes that failure to timely respond to the court's order or remedy the deficiencies identified in the order would result in the dismissal of his complaint. (6/19/17 Order at 4.) Mr. Gomes failed to respond to the order to show cause (*see* Dkt.), and his only filing subsequent to the court's order to show cause fails to cure the deficiencies that the court identified (*see* 6/19/17 Order at 1-4; Pr. at 1-10). Accordingly, the court concludes that Mr. Gomes's untimely EEOC charge forecloses his claim and DISMISSES his complaint with prejudice and without leave to amend.

Dated this 12th day of July, 2017.

JAMES L. ROBART
United States District Judge